United States Courts
Southern District of Texas
ENTERED
APR 21 2006
Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| SONYA R. BEASLEY | § § | C.A. NO. G-05-083 |
| vs. | § § | JURY DEMANDED |
| UNION PACIFIC RAILROAD CO., KWANZA TRANSPORTATION, CHARLES V. MUHIA, and FLEET EQUIPMENT | § § § § | |

### FINAL JUDGMENT ON CROSS-CLAIMS OF UNION PACIFIC RAILROAD CO.

This case came before the Court for a final adjudication, the full names of the parties being as follows: SONYA R. BEASLEY, the Plaintiff, and UNION PACIFIC RAILROAD COMPANY ("UNION PACIFIC"), KWANZA TRANSPORTATION, CHARLES V. MUHIA, and FLEET EQUIPMENT, the Defendants. The parties appeared, and prior to the trial of Plaintiff's claims, announced that all matters in controversy in the cross-claim brought by UNION PACIFIC as Cross-Plaintiff against KWANZA TRANSPORTATION, CHARLES V. MUHIA and FLEET EQUIPMENT as Cross-Defendants have been settled and that the consideration for the settlement had been paid in full. The parties requested a judgment that the Cross-Plaintiff UNION PACIFIC take nothing from Cross-Defendants, KWANZA TRANSPORTATION, CHARLES V. MUHIA and FLEET EQUIPMENT, and that court costs be taxed against the party incurring same.

It is ORDERED AND ADJUDGED that Cross-Plaintiff, UNION PACIFIC, take nothing by reason of its cross-claims against KWANZA TRANSPORTATION, CHARLES V. MUHIA and FLEET EQUIPMENT and that court costs incurred in this litigation be taxed against the party incurring same, for which let execution issue.

SIGNED this 20th day of April, 2006.

_____
HON. SAMUEL B. KENT
UNITED STATES DISTRICT JUDGE